```
                                                    FILED IN THE
                                                 U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES DISTRICT COURT      **JAN 1 8 2007**

EASTERN DISTRICT OF WASHINGTON   JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

CLIFFORD MACIAS,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

NO. CV-05-3108-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 18th day of January, 2007.

                JAMES R. LARSEN
                District Court Executive/Clerk

                by: _____
                      Deputy Clerk

cc: all counsel